

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF M.P.R., L.K.R., and P.J.R., Minor Children. | § | No. 08-23-00229-CV |
| | § | Appeal from the |
| | § | 224th Judicial District Court |
| | § | of Bexar County, Texas |
| | § | (TC# 2021-CI-12156 ) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF OCTOBER, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.